UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN TRACEY HILL, | No. C 01-1646 SI (pr) |
| Petitioner, | **ORDER EXTENDING DEADLINES** |
| v. | |
| GEORGE M. GALAZA, | |
| Respondent. | |

Respondent has filed an ex parte application fo an extension of time to file his supplemental brief. Upon due consideration of the application and the accompanying declaration of attorney Gregory Ott, the court GRANTS the application. (Docket # 76.) The court now sets the following new briefing schedule: Respondent must file and serve his supplement to his answer no later than **June 15, 2007**. Petitioner must file and serve his supplement to his traverse no later than **July 20, 2007**.

IT IS SO ORDERED.

DATED: May 23, 2007

SUSAN ILLSTON
United States District Judge