UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN TRACEY HILL, | No. C 01-1646 SI (pr) |
| Petitioner, | **JUDGMENT** |
| v. | |
| GEORGE M. GALAZA, warden, | |
| Respondent. | |

The petition for a writ of habeas corpus is denied on the merits.

IT IS SO ORDERED AND ADJUDGED.

DATED: October 31, 2007

_____
SUSAN ILLSTON
United States District Judge